FILED*10 FEB 02 15:19USDC·ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JEFFERY BRADLEY,

          Plaintiff,

    v.                           ORDER

MAX WILLIAMS, et al.,         Civil No. 07-1870-HU

          Defendants.

HAGGERTY, District Judge:

      Magistrate Judge Hubel referred to this court a Findings and Recommendation [90] in this matter. The Magistrate Judge recommends that plaintiff's summary judgment motion [52] be denied and defendants' summary judgment motion [65] be granted. No objections were filed, and the case was referred to this court.

      The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate Judge. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

1  - ORDER

No clear error appears on the face of the record.  This court adopts the Findings and Recommendation in its entirety.

**CONCLUSION**

For the foregoing reasons, the court adopts the Findings and Recommendation [90]. Plaintiff Jeffery Bradley's Motion for Summary Judgment [52] is denied, and defendants' Motion for Summary Judgment [65] is granted.  This case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this _2_ day of February, 2010.

Ancer L. Haggerty
United States District Judge

2  - ORDER